**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO.** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **VIOLATION:** |
| | **:** | |
| **CHAD SISTRUNK,** | **:** | **18 U.S.C. §1791(a)(1)** |
| | **:** | **(Providing or Possessing** |
| | **:** | **Contraband in Prison)** |
| **Defendant.** | **:** | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
**(Providing or Possessing Contraband in Prison)**

On or about January 11, 2025, at the Central Treatment Facility, a housing unit at the D.C. Department of Corrections, located in the District of Columbia, the defendant, CHAD SISTRUNK, did knowingly provide, or attempt to provide, a prohibited object, that is, a plastic container secreting takeout food, to an inmate of a prison; and the providing of the object violated a statute, or rule or order issued under a statute.

**(In violation of Title 18, United States Code, Section 1791(a)(1))**

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  /s/ *Sarah C. Santiago*

Sarah C. Santiago
Assistant United States Attorney
Georgia Bar No. 724304
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7249
sarah.santiago2@usdoj.gov